**PUEBLO WEST METROPOLITAN DISTRICT, Petitioner,**

v.

**SOUTHEASTERN COLORADO WATER CONSERVANCY DISTRICT, et al. Respondents.**

No. 86SC186.

Supreme Court of Colorado.

Jan. 12, 1988.

### ORDER OF COURT

Upon consideration of the briefs, record on appeal and the oral argument of counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari is DENIED as having been improvidently granted.

LOHR, J., dissents.